JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIGOBERTO MUNOZ-MORALES,<br><br>Defendant. | NO.  CR09-5502RJB<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Rigoberto Munoz-Morales charged by Felony Information with Illegal Reentry After Deportation, alleged to have occurred on or about June 8, 2009, in violation of Title 8, United States Code, Section 1326(a).  Defendant was arrested and made his Initial Appearance on June 22, 2009, at which time the Court ordered that the defendant be detained in custody pending further proceedings.

2. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. §3161(b).  Hence, at the present time, the United

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE   – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1 States must obtain an Indictment in this case on or before August 22, 2009, to meet the

2 requirements of the Speedy Trial Act.

3     3.    The defendant is diligently conducting an investigation into the circumstances

4 surrounding his situation at the time of his alleged offense. The defendant does not believe

5 that his investigation will be completed by the expiration of the time to obtain an Indictment.

6 The defendant believes that the results of its investigation will be essential to preparing his

7 defense, and may facilitate a resolution of this matter.

8     4.    Accordingly, the parties are seeking an Order continuing the time within which

9 an Indictment must be filed on the ground that the "ends of justice served by taking such

10 action outweigh the best interest of the public and the defendant in a speedy trial," as

11 permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(I) and (B)(iv).

12     5.    Given that the defense's investigation remains incomplete, the parties believe

13 that the failure to grant this extension would deny the defense the reasonable time necessary

14 for adequate and effective preparation, taking into account the exercise of due diligence. The

15 parties believe that a denial of a continuance would result in a miscarriage of justice.

16     6.    The defendant has executed a Waiver of Speedy Trial waiving rights under the

17 Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has

18 further agreed that the period from August 22, 2009, until October 30, 2009, shall be an

19 excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

20     In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment

21 be continued to October 30, 2009. The period of delay resulting from this continuance from

22 //

23 //

24 //

25 //

26

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

August 22, 2009, to October 30, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this 13th day of August, 2009.

_____
Robert J Bryan
United States District Judge

Presented by:

/s/ *Jerome Kuh*
Jerome Kuh
Attorney for Defendant


/s/ *Marc A. Perez*
Marc A. Perez
Assistant United States Attorney

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE – 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**